UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JESSICA CARMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:22-cv-00115-SEB-KMB |
| ) | |
| CITY OF LAWRENCEBURG, ) | |
| CITY OF AURORA, ) | |
| LAWRENCEBURG POLICE DEPARTMENT, ) | |
| AURORA POLICE DEPARTMENT, ) | |
| BRYCE POTRAFFKE, ) | |
| MORGAN HEDRICK, ) | |
| GREG CANNON, ) | |
| CLINT HOLSTROM, ) | |
| DAVID SCHNEIDER, ) | |
| JOSHUA DAUGHERTY, ) | |
| UNKNOWN OFFICERS, ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation to Dismiss Complaint Without Prejudice [Dkt. 30]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. This case is therefore hereby dismissed without prejudice and final judgment shall be entered accordingly.

Date: 5/8/2023

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JESSICA CARMON
7712 Sierra Trail
Louisville, KY 40214

Alyssa C.B. Cochran
KIGHTLINGER & GRAY, LLP
acochran@k-glaw.com

Jared Joseph Ewbank
EWBANK & KRAMER
jared@ewbanklandtitle.com

Mark A. Holloway
Knight Hoppe Kurnik & Knight, LTD.
mholloway@stephlaw.com

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP (New Albany)
jlowe@k-glaw.com

James S. Stephenson
Knight Hoppe Kurnik & Knight, LTD
jstephenson@khkklaw.com

Whitney Elizabeth Wood
KIGHTLINGER & GRAY, LLP (New Albany)
wwood@k-glaw.com